IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE  DIVISION


LAYVETTE L. JONES,                          )
                                            )
v.                                          )          3:06-0623
                                            )
MICHAEL J. ASTRUE, Commissioner of Social   )
    Security.                               )


## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and the decision of the Commissioner be affirmed.   No objections have been filed.   The Court notes Plaintiff's Response to Magistrate's Report and Recommendation, Document #25, correcting the citation and editing errors noted by the Magistrate Judge.

The Court has read and considered the Report and finds the same to be correct in fact and law.  The Report and Recommendation is adopted by this Court.   For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff is hereby **DENIED** and Plaintiff's request for remand pursuant to Sentence Six of 42 U.S.C. § 405(g) is **DENIED.**   The decision of the Commissioner is **AFFIRMED and this case is closed.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge